**STATE of Missouri ex rel., Jeremiah W. NIXON, Attorney General, State of Missouri, Respondent,**

v.

**Richard KOCH, Appellant.**

**No. WD 63907.**

Missouri Court of Appeals,
Western District.

June 14, 2005.

Richard Koch pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Paul Harper, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

Richard Koch, a Missouri prison inmate, appeals from the trial court's decision awarding a portion of his trust proceeds to the Inmate Incarceration Reimbursement Act Revolving Fund. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).